UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. PORTER,<br><br>        Plaintiff(s),<br><br>  v.<br><br>BERTELSMANN AG, et al.,<br><br>        Defendant(s). | No. C07-4171 BZ<br><br>ORDER REQUIRING AMENDED APPLICATION TO PROCEED <u>IN FORMA PAUPERIS</u> |

    Plaintiff has applied to proceed <u>in forma pauperis</u>. Having reviewed the application, I find that I cannot properly evaluate it without further explanation of the information given.

    In his application, plaintiff claims not to be employed; to have last been paid a salary "many years ago"; and to not currently receive any wages or like payments. He also claims not to own a home or maintain a bank account, and to incur no monthly expenses at all. From his application, it is impossible to tell how plaintiff maintains a residence or otherwise subsists. I will need an explanation as to where and how plaintiff lives before I can approve his application.

1

    For these reasons, and for good cause appearing, **IT IS ORDERED** that, by no later than **Monday, September 10, 2007**, plaintiff shall either file an amended application or pay the filing fee of $350.00 and proceed accordingly.  Failure to take one of these actions by that date will result in dismissal of this action without prejudice.  Any amended application should address the questions raised in this Order.  If necessary, plaintiff may attach additional pages in order to provide the information requested.  Plaintiff is reminded that if he chooses to pay the filing fee rather than amend his application, he is responsible for serving his complaint and any amendments or attachments, pursuant to Federal Rule of Civil Procedure 4.

Dated:   August 27, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\PORTER V. BERTELSMANN\Order re IFP App.wpd

2