THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:       thomasburke@dwt.com

Attorneys for Defendants RANDOM HOUSE, INC.,
ALFRED A. KNOPF AND VINTAGE BOOKS

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES B. PORTER Ph.D, <br><br> Plaintiff, <br><br> v. <br><br> BERTELSMANN AG, RANDOM HOUSE, INC., ALFRED A. KNOPF, VINTAGE BOOKS, NEW YORK, NEW YORK, c/o New York Department of State <br><br> Defendant. | Case No. C07-04171 MMC <br><br> **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties to this action hereby stipulate to dismiss this action with prejudice and with each party bearing its own costs.

IT IS SO STIPULATED:

Dated: March 31, 2008.

DAVIS WRIGHT TREMAINE LLP

By: _____
Thomas R. Burke
Attorneys for Defendants BERTELSMANN AG, RANDOM HOUSE, INC., ALFRED A. KNOPF, VINTAGE BOOKS

1  
2  Dated: March 28 2008.                    JAMES B. PORTER  
3                                            By: _____  
4                                            James B. Porter,  
                                              Plaintiff In Pro Per  
5  
6     PURSUANT TO STIPULATION, IT IS SO ORDERED.  
7  
8     DATED this 31st day of March, 2008.  
9  
10                                           _____  
                                              UNITED STATES DISTRICT JUDGE  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

DAVIS WRIGHT TREMAINE LLP

2

Stipulation and Order re Dismissal  
Case No. C 07-04171 MMC

SFO 405520v1 3910039-000178